**WARREN W. PEARCE v. FLAGLER MEMORIAL PARK, INC., a Florida corporation.**

36 So. (2nd) 273                                    June Term, 1948
July 6, 1948                                        Division A
Rehearing denied July 16, 1948

*Blackwell, Walker & Gray,* for petitioner.

*L. L. Robinson* and *A. M. Sandler,* for respondent.

PER CURIAM:

This is an application for certiorari under Rule 34 of the rules of this court. It appears that petitioner filed his bill of complaint against respondent praying for an accounting and other relief. The chancellor granting a motion by respondent transferring the cause to the law side of the docket. This appeal is by certiorari from that decree.

The record and the briefs have been examined and we are convinced that the bill and the amended bill of complaint contained equity and that relief by equity will be more complete and efficacious. This is, of course, assuming that the allega-

tions of the amended bill of complaint are proven. It was, therefore, error to transfer the cause to the law side of the docket.

Certiorari is granted and the judgment appealed from is quashed with directions to reinstate the amended bill of complaint and proceed accordingly.

It is so ordered.

THOMAS, C. J., TERRELL, CHAPMAN and SEBRING, JJ., concur.